**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-7252**

—————————

RONNIE DAVID ASHLEY,

                                Petitioner - Appellant,

    versus

DAN BRAXTON, Warden,

                                Respondent - Appellee.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-00-327-7)

—————————

Submitted:  January 31, 2001      Decided:  February 22, 2001

—————————

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Ronnie David Ashley, Appellant Pro Se.  Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronnie David Ashley appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). In his petition, Ashley maintained that the Virginia Parole Board's revocation of good-time credits, earned prior to parole release, violated the Ex Post Facto Clause. In the recent decision of Warren v. Baskerville, 233 F.3d 204 (4th Cir. 2000), this court decided this issue, holding that the Virginia Parole Board (Board) possessed the authority to revoke good-time credits, and that the Board's policy change did not violate the Ex Post Facto Clause. We have reviewed the record and the district court's opinion dismissing Ashley's remaining claims and find no reversible error.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED